(Side note: Petitioner has filed this in 2 courts)
(Opinion & order on September 30, 2021)

**MEMO ENDORSED**

RECEIVED OCT 29 2021 U.S.D.C. W.P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/21

United States District Court
Southern District of New York

Tyron Felder,

    Petitioner,

-against-

United States of America,

    Respondent.

20-CV-7531 (VEC)
S2 14-CR-546 (VEC)

Petitioner's Motion to Alter/Amend The Court's findings and decision Entered August 10, 2021

Petitioner, Tyron Felder, Proceeding Pro se and in Forma Pauperis, Respectfully request the court to reconsider its Prior findings and alter/amend its decision entered August 10, 2021 Pursuant to rules 52(b) and 59(e) of the

Federal rules of Civil Procedure. Petitioner submits the following in support thereof.

(1) On August 10, 2021 this court denied Petitioner's Motion to Vacate, set aside, or correct his Sentence. (28 U.S.C § 2255). Also declined to issue a "Certificate of Appealability"

(2) In denying his §2255 Petition, the court overlooked material facts that Petitioner presented in his brief concerning Grounds 1-4. Matters that might reasonably be expected to alter the conclusion by this court.

(3) In declining to issue a COA, the court did not consider the facts Petitioner

presented in grounds 1 and 2.3.4.

(A) The Jury would've reached. Could've reached a different verdict had they been privy to the evidence defense had in it's possesion. during trial.

(B) Petitioner was denied his constitutional right to effective assistance of counsel Petitioner has evidence that this court should consider as a matter of law An evidentiary hearing should be granted at the very least to show this court why it should grant his motion.

(C) As long as one Jurist of reason (as Barefoot v. Estelle, Put it) might find the

ultimate constitutional and procedural grounds of the court's decision to be debatable, the COA must be allowed. Buck v. Davis, 137 S.Ct. 759 (2017), Almato v. United States, 2017 U.S. Dist. Lexis 218635 (E.D.N.Y June 6, 2017).

As a result, the court should reconsider its prior decision and amend its findings to correct its oversights identified in this motion.

A contemporaneous Brief in support of this motion is being filed.

Wherefore, for all the foregoing reasons, this court should grant this motion

and grant a full evidentiary hearing on Petitioner's §2255 Petition to advance the merits of his Ineffective assistance of counsels claims.

Respectfully Submitted

Date: _____

Tyron Felder
71371-054, Unit 3A
USP Allenwood
P.O. Box 3000
White Deer, PA 17887
Petitioner, Pro Se

## Certificate of Service

I hereby certify that a true and correct copy of "Petitioner's Motion to Alter/Amend the Court's Finding and the Judgement entered August 10, 2021" was given to Prison officials for filing Pursuant to Noble v. Kelly, 246 F.3d 93, 97 (2d Cir 2001) and to ensure delivery to Respondent's Counsel at the below address:

E.l. Mark / Gina Castellano

Assistant United States Attorneys

Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Witness: G. Mudry, Case Manager 10/25/2021
Authorized by the Act of July 7, 1955, as amended to administer oaths (18 USC 4004).

Date: 10/25/21          Signature: _____ Petitioner, Pro Se



Tyson Fender 71371-054
USP Allenwood
US Penitentiary
P.O. Box 3000
Whitedeer, PA 17887

United States District Court
Southern District of New York
Charles L. Brieant, Jr.
Federal building and United States court house
300 Quarropas Street
White Plains, New York 10601

RECEIVED OCT 28 2021 U.S.D.C. W.P.



U.S. POSTAGE PAID
FCM LETTER
WHITE DEER, PA
17887
OCT 26, 21
AMOUNT
**$0.00**
R2305K136972-03

HARRISBURG PA 171
26 OCT 2021 PM 1 L

United States Penitentiary Allenwood, PA 17887

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the above address.

USM SDNY

Petitioner must submit his brief in support of his motion not later than November 19, 2021.  The Government's response is due not later than December 10, 2021.  Petitioner's reply is due not later than January 31, 2022.  The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Felder.

SO ORDERED.

*Valerie Caproni*
11/2/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE